THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS WEISS, Respondent, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Appellant.— Order modified by deleting therefrom the direction that respondent be remanded for resentence on the 1954 conviction; and case remitted to the Kings County Court for further proceedings upon relator's plea of guilty in accordance with section 480 of the Code of Criminal Procedure and as thus modified affirmed, without costs. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.